UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re:  JULIA PATHOUMHONG          §       Case No. 14-82561
                                   §
                                   §
           Debtor(s)               §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on  08/19/2014.

2) The plan was confirmed on  01/09/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on  10/03/2016, 12/09/2016.

5) The case was dismissed on  12/09/2016.

6) Number of months from filing or conversion to last payment:  22.

7) Number of months case was pending:  32.

8) Total value of assets abandoned by court order:  NA.

9) Total value of assets exempted:  $3,944.00.

10) Amount of unsecured claims discharged without full payment:  $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 5,510.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 5,485.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,750.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 363.29 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,113.29 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPRINGER LAW FIRM | Lgl | 3,000.00 | 3,000.00 | 3,000.00 | 2,750.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERV. OF | Sec | 4,800.00 | 4,800.00 | 4,800.00 | 1,976.01 | 395.70 |
| SPRINGLEAF FINANCIAL SERV. OF | Uns | 1,178.00 | 1,627.93 | 1,627.93 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 1,487.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 422.00 | 418.40 | 418.40 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 3.90 | 3.90 | 0.00 | 0.00 |
| WINNEBAGO COUNTY | Pri | 3,220.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| BANQUET FINANCIAL | Uns | 1,163.00 | NA | NA | 0.00 | 0.00 |
| CASH STORE | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 2,608.00 | 3,396.10 | 3,396.10 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 126.00 | 344.20 | 344.20 | 0.00 | 0.00 |
| DS WATERS OF AMERICA INC | Uns | 345.00 | NA | NA | 0.00 | 0.00 |
| GRC | Uns | 7,965.00 | NA | NA | 0.00 | 0.00 |
| GREATER ROCKFORD AUTO | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| GREEN LEAF LOAN GROUP | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL MIECELOTTI, MD/SUR | Uns | 115.00 | 115.17 | 115.17 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | Uns | 648.00 | 650.53 | 650.53 | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 330.00 | 376.50 | 376.50 | 0.00 | 0.00 |
| OSF MEDICAL GROUP | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| PENN FOSTER | Uns | 703.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 278.00 | NA | NA | 0.00 | 0.00 |
| RMH PATHOLOGISTS LTD | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 1,772.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 10,749.00 | 7,525.39 | 7,525.39 | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 1,916.00 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER DISPOSAL | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| SFC | Uns | 630.00 | 630.00 | 630.00 | 0.00 | 0.00 |
| SPRINT CORP | Uns | 379.00 | 379.20 | 379.20 | 0.00 | 0.00 |
| SURGICAL ASSOCIATION OF NO IL | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| T - MOBILE BANKRUPTCY TEAM | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Uns | 8,243.00 | 8,298.55 | 8,298.55 | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Uns | 374.00 | 374.87 | 374.87 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 0.00 | 344.20 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,800.00 | $ 1,976.01 | $ 395.70 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 4,800.00 | $ 1,976.01 | $ 395.70 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 418.40 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 418.40 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 23,722.34 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,113.29 |
| Disbursements to Creditors | $ 2,371.71 |
| **TOTAL DISBURSEMENTS:** | $ 5,485.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)    The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  04/19/2017        By:  /s/ Lydia S. Meyer
                                                         Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)